UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**Derek Cotton**

CASE NO: 16-47155
Chapter: 13
JUDGE: Tucker

Debtor(s)
_____/

### AFFIDAVIT OF DEBTOR, DEREK COTTON

**NOW COMES Derek Cotton,** the above-captioned Debtor, first being duly sworn deposes and states:

1. I am DEBTOR in the present case.
2. I currently receive contributions from family of $500.00 per month. This will continue until it is no longer necessary.
3. I have a job opportunity available to me starting in June/July 2016.
4. I believe I will be able to make my plan payments in good faith.

Dated: 05/11/16

_____
**Derek Cotton**

Drafted by:
James P. Frego
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088

C. LaMOTHE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
MY COMM. EXP. NOVEMBER 8, 2020