UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:   CHAPTER 13
 CASE NO.: 16-47155
 JUDGE: ☒ TUCKER  ☐ SHAPERO

DEREK COTTON, Debtor(s).

_____/

### ORDER DISMISSING CHAPTER 13 CASE

This matter was scheduled for hearing on __**08/25/16**__ , by way of confirmation, with due notice having been provided, the Court finds it appropriate to enter this Order based upon one of the following paragraphs so indicated:

☒ An oral motion to dismiss by the Chapter 13 Trustee and not opposed by the debtors who were ☒ present personally or by counsel ☐ not present personally or by Counsel
☒ POOR PAY HISTORY **0%**

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U. S. C. §§ 362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the debtor(s), if any.

**IT IS FURTHER ORDERED** that TAMMY L. TERRY, TRUSTEE, is discharged as Trustee and the Trustee of her surety are released from any and all liability on account of the within proceedings;

**IT IS FURTHER ORDERED** that the debtor(s) attorney shall be awarded the total sum of **FEE APP** as compensation. The Trustee shall pay this sum, less any amount paid previously, after payment of Clerk's and Trustee's fees, to the extent funds are available.

.

**Signed on August 30, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge